UNITED STATES DISTRICT COURT
OF THE DISTRICT OF NEW JERSEY
_____X

HEATHER BEESON-MAZZONE,
CHRISTOPHER MAZZONE

    Plaintiffs,                         CASE NO.  2:24-CV-08493

    vs.

IGENOMIX USA, INC. and
BRYNN LEVY, Ph. D                   **STIPULATION AND ORDER**
                                       **OF DISCONTINUANCE**

           Defendants.
_____X

          IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties appearing in the above-entitled action that this action and any counterclaims filed is hereby discontinued with prejudice and without costs to any party against any other; this Stipulation & Order may be signed in counterparts which, when taken together, shall constitute a complete agreement; and this Stipulation & Order may be filed without further notice with the Clerk of the Court.

Dated:   October 16, 2024

                                      Law Office of Jill H. Teitel, PLLC

                            By: _____
                               Jill H. Teitel, Esq.
                               *Attorney for Plaintiffs*

*Heather Beeson-Mazzone and Christopher
Mazzone*
225 Broadway, Suite 2605
New York, New York 10007
Tel. 212.964.0500
Email: jt@teitelwise.com
NJ BAR NO. 010521996

Lewis Brisbois

By: _____
Kevin Spagnoli, Esq.
*Attorneys for Igenomix, Inc. and Brynn
Levy, Ph.D.*
77 Water Street, 21st Floor
New York, New York 10005

SO ORDERED:

_____
U.S.D.J., Hon. Brian R. Martinotti