UNITED STATES DISTRICT COURT
OF THE DISTRICT OF NEW JERSEY
_____X

HEATHER BEESON-MAZZONE,
CHRISTOPHER MAZZONE

      Plaintiffs,                       CASE NO. 2:24-CV-08493

vs.

IGENOMIX USA, INC. and
BRYNN LEVY, Ph. D                  STIPULATION AND ORDER
                                                             OF DISCONTINUANCE

      Defendants.
_____X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties appearing in the above-entitled action that this action and any counterclaims filed is hereby discontinued with prejudice and without costs to any party against any other; this Stipulation & Order may be signed in counterparts which, when taken together, shall constitute a complete agreement; and this Stipulation & Order may be filed without further notice with the Clerk of the Court.

Dated: October 16, 2024

                                                    Law Office of Jill H. Teitel, PLLC

                                                By: _____
                                                        Jill H. Teitel, Esq.
                                                        *Attorney for Plaintiffs*

*Heather Beeson-Mazzone and Christopher Mazzone*
225 Broadway, Suite 2605
New York, New York 10007
Tel. 212.964.0500
Email: jt@teitelwise.com
NJ BAR NO. 010521996


Lewis Brisbois

By: ___/s/ Kevin Spagnoli/___
Kevin Spagnoli, Esq.
*Attorneys for Igenomix, Inc. and Brynn Levy, Ph.D.*
77 Water Street, 21st Floor
New York, New York 10005


SO ORDERED:

_____
U.S.D.J., Hon. Brian R. Martinotti

11/6/2024